**R.E. RODGERS and Barbara Rodgers, Plaintiffs-Appellants,**

v.

**James G. WATT, Secretary of the Interior of the United States of America, Defendant-Appellee.**

**No. 80–3482.**

United States Court of Appeals, Ninth Circuit.

Nov. 8, 1984.

William B. Murray, Portland, Or., for plaintiffs-appellants.

Maria A. Iizuka, Washington, D.C., argued, for defendant-appellee; Thomas C. Lee, Asst. U.S. Atty., Portland, Or., Dirk D. Snel, Washington, D.C., on brief.

Before BROWNING, Chief Judge, WALLACE and BOOCHEVER, Circuit Judges.

### ORDER

The original panel opinion in this case, filed July 9, 1982 and provisionally published at 680 F.2d 1295–99, is hereby permanently withdrawn from publication.